1544

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    )    Criminal No. 26- 93
          )
       v.          )    (18 U.S.C. § 875(c))
          )
JOHN LAWRENCE RADFORD    )    **[UNDER SEAL]**

## INDICTMENT

## COUNT ONE

The grand jury charges:

On or about September 18, 2025, in the Western District of Pennsylvania, the defendant, JOHN LAWRENCE RADFORD, did transmit in interstate commerce a communication containing a threat to injure the person of another; that is, Victim 1, whose identity is known to the grand jury, by sending to Victim 1 an e-mail bearing the subject line "An Invitation to a Dialectical Chautauqua on the Nature of Executive Death," in which the defendant, JOHN LAWRENCE RADFORD, wrote, "I won't waste your time in prefacing the question unnecessarily with introductory remarks as I'm sure you're a man who values his time. So without further adieu, let us begin the discussion with a question; Why not kill you? Please, don't take this as a threat. Its simply an idle quandary. Its a philosophical topic that I'd like to have an honest intellectual discussion with you about. If you perceive my question as threatening, then it may simply be that you are afraid to contemplate your own mortality. Which of course is a natural response when faced with the question of death. Now we can get the obvious reasons out of the way first as they're not really all that important in actually stopping someone from doing it. ~~* Its against the law * You have a family * Political violence is bad mmkk~~ Let's get to the meat of the problem. Basically as far as I see it, someone has to both be desperate enough and yet still have the means to pull it off.

1

You wouldn't be an easy person to track, what with the multiple properties registered in your wife's name and frequent travel. Although according to your own website 'He and his wife (redacted) have three children: (redacted), (redacted), and (redacted). They reside in (redacted), TX.' So perhaps, not too difficult. Now here's the real thing protecting you (Victim 1), there are simply too many people on the list ahead of you. That's it. That's all there is keeping you alive. The supply of desperate 'crazies' is simply too low to keep up with the demand for Corporate Executive murder. But that equation doesn't hold forever (Victim 1). Eventually, enough unemployment, enough housing scarcity, and lack of equal opportunity, means more and more desperate people and more and more eyeballs looking directly at you. Every single day (Victim 1) the supply grows. You see (Victim 1), in more way than one, you are actively manufacturing the means of your own demise. Its a beautiful sort of irony really, the snake engorged on capital eating its own tail. I anxiously await your response, Professor (Victim 1). Sincerely, John R."

In violation of Title 18, United States Code, Section 875(c).

## COUNT TWO

The grand jury further charges:

On or about December 3, 2024, in the Western District of Pennsylvania, the defendant, JOHN LAWRENCE RADFORD, did transmit in interstate commerce a communication containing a threat to injure the person of another; that is, Victim 2, whose identity is known to the grand jury, by sending to Victim 2 an e-mail bearing the subject line "Not Remotely Controversial or Extreme," in which the defendant, JOHN LAWRENCE RADFORD, wrote, "Dear Little Fucking Bitch, I say we blow your head off with a shotgun! Not that controversial or extreme! Just shoot you right in your fucking face with a mosberg 940 late at night when you're walk back to your car. Blow a fucking hamberger size chunk of meat off of your face. You be dead before you hit the ground! What you think faggots can't buy shotguns too? What you think we can't find your home address in less than 20 minutes your dumb piece of shit? If I wanted to motherfucker, I could find out every single fucking thing about you! Give me enough time and I will find out what band of toothpaste you fucking buy, you little fucking bitch. Look we played real nice with you and your kind for a long time. But you try to take away our rights we will shoot you fucking dead where stand your goddamn coward! I hope you fucking die in shit and no one's ever remembers your name!"

In violation of Title 18, United States Code, Section 875(c).

A True Bill,

FOREPERSON

TROY RIVETTI
United States Attorney
PA ID No. 56816

BRENDAN J. McKENNA
Assistant United States Attorney
PA ID No. 314315

4