IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 26- 93 |
| v. | ) | |
| | ) | **[UNDER SEAL]** |
| JOHN LAWRENCE RADFORD | ) | |

## INDICTMENT MEMORANDUM

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, United States Attorney for the Western District of Pennsylvania, and Brendan J. McKenna, Assistant United States Attorney for said district, and submits this Indictment Memorandum to the Court:

## I.  THE INDICTMENT

A federal grand jury returned a two-count indictment against the above-named defendant for alleged violations of federal law:

| COUNT | OFFENSE/DATE | TITLE/SECTION |
|---|---|---|
| 1-2 | Interstate Threats | 18 U.S.C. § 875(c) |

On or about September 18, 2025 (Count One)
On or about December 3, 2024 (Count Two)

## II.  ELEMENTS OF THE OFFENSES

**As to Counts One and Two:**

In order for the crime of Interstate Threats, in violation of Title 18, United States Code, Section 875(c), to be established, the government must prove all of the following essential elements beyond a reasonable doubt:

1.      That the defendant communicated a threat to injure the person of another that a reasonable person would view as threatening;

2.    That the defendant acted recklessly; that is; the defendant consciously disregarded a substantial risk that his communication would be viewed as threatening to injure the person of another; and

3.    That the threat was communicated in interstate commerce.

18 U.S.C. § 875(c).

### III.  PENALTIES

**As to each of Counts One and Two: Interstate Threats (18 U.S.C. § 875(c)):**

1.    A term of imprisonment of not more than five (5) years.

2.    A fine of not more than $250,000.00.

3.    A term of supervised release of not more than three (3) years.

### IV.  MANDATORY SPECIAL ASSESSMENT

A mandatory special assessment of $100.00 must be imposed at each count upon which the defendant is convicted, pursuant to 18 U.S.C. § 3013.

### V.  RESTITUTION

Restitution may be ordered in this case, together with any authorized penalty, as part of the defendant's sentence pursuant to 18 U.S.C. §§ 3663, 3663A, and 3664.

## VI.  **FORFEITURE**

Forfeiture is not applicable in this case.

Respectfully submitted,

TROY RIVETTI
United States Attorney

*s/ Brendan J. McKenna*
BRENDAN J. McKENNA
Assistant U.S. Attorney
PA ID No. 314315